UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMBER SHA ROGERS,

       Plaintiff,

v.                                                         CASE NO. 3:19-cv-595-J-34JBT

ANDREW SAUL,
Commissioner of the Social
Security Administration,

       Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court *sua sponte*. The Court previously took under advisement Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Motion") (Doc. 3), which Plaintiff filed pro se, and directed Plaintiff to file a proper complaint on or before June 27, 2019. (Doc. 5.) Plaintiff did not file anything.

The Court then entered an Order providing Plaintiff "one more, likely final, opportunity to file a proper complaint," which stated in part:

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

> **On or before July 30, 2019**, Plaintiff shall fill out the form titled "Complaint for Review of a Social Security Disability or Supplemental Security Income Decision" (Doc. 1) completely, and attach a copy of the notice from the Appeals Council that the appeal was denied. If an appeal was not filed with the Appeals Council, Plaintiff must say so in the Form. **Failure to comply with this Order will likely result in a recommendation to the District Judge that the Motion be denied and that this case be dismissed without prejudice.[2]**

(Doc. 6 at 2.) To date, Plaintiff has not filed anything. Therefore, the undersigned recommends that this case be dismissed without prejudice for lack of prosecution. *See* M.D. Fla. R. 3.10(a).

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Motion (**Doc. 3**) be **DENIED**.

2. The case be **DISMISSED without prejudice**.

3. The Clerk of Court be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on August 13, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

---

[2] Even a dismissal without prejudice may impact Plaintiff's substantive rights by, for example, application of a statute of limitations.

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro Se Plaintiff